AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-03550-H-JLB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DTOX LLC d/b/a SENTE BELLA MED SPA

was received by me on *(date)*        12/16/2025      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Erin Naanee                           , who is

designated by law to accept service of process on behalf of *(name of organization)*  DTOX LLC d/b/a SENTE

BELLA MED SPA                           on *(date)*    04/04/2026    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    04/09/2026

*Gregory Kent Durrant*
_____
Server's signature

Gregory Durant #1994
_____
Printed name and title

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
_____
Server's address

Additional information regarding attempted service, etc:
Served at: 16564 Crescent Creek Dr, San Diego, CA 92127
Description of Person Served: Age: 45; Sex: Female; Race/Skin Color: White; Height: 5'5"; Weight: 130LBS, Hair: Blonde.

WL32891