# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA, p/k/a Tamara Williams,<br><br>        Plaintiff,<br><br>v.<br><br>DTOX LLC, doing business as Sente Bella; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  25-cv-03550-H-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>[Doc. No. 7.] |

On April 22, 2026, the parties filed a joint motion for an extension of time for Defendant Dtox LLC to file a response to Plaintiff Tamara Wareka's complaint. (Doc. No. 7.)  For good cause shown, the Court grants the joint motion.  Defendant must file any responsive motion or pleading to Plaintiff's complaint by **May 27, 2026**.

  **IT IS SO ORDERED.**

DATED: April 22, 2026

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1